UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**MORGAN RATLEY**                                         **CIVIL ACTION**

**VERSUS**                                                        **NO.: 21-2120**

**CANTRELL DAVIS, ET AL.**                          **SECTION: "E" (5)**

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Partial Report and Recommendation, and the failure of Plaintiff to file any objections to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Magistrate Judge's Partial Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the Motion to Dismiss[1] Pursuant to F.R.C.P. 12(b)(5), F.R.C.P. 12(b)(6), and in the Alternative, Motion for More Definite Statement Pursuant to F.R.C.P. 12(e) filed by Defendant Charles Caillouet is **GRANTED**.

**New Orleans, Louisiana, this 6th day of June, 2022.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 11.