UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MORGAN RATLEY** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 21-2120** |
| **CORTRELL DAVIS, ET AL.** | **SECTION: "E"(5)** |

### RECOMMENDATION AND ORDER ON CONSENT

After due notice to Plaintiff to obtain responsive pleadings or a preliminary default on the Defendant Michael Leone (Rec. doc. 12), and no responsive pleading or preliminary default having been filed, **IT IS RECOMMENDED** that Defendant Michael Leone be hereby **DISMISSED** without prejudice for Plaintiff's failure to prosecute. Fed. R. Civ. P. 4(m); *Giovingo v. Gordon Biersch Brewery Restaurant*, Civ. A. No. 21-2301, 2022 WL 2467679, at *1 (E.D. La. July 6, 2022).

**IT IS FURTHER ORDERED** that because Defendants failed to timely consent to proceed to trial before a Magistrate Judge under 28 U.S.C. §636(c) (Rec. doc. 19), the matter is hereby returned to the docket of the presiding District Judge for further proceedings except those enumerated in Local Rule 72.1.

New Orleans, Louisiana, on this 1st day of September, 2022.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
HONORABLE SUSIE MORGAN