UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**MORGAN RATLEY**                                        **CIVIL ACTION**

**VERSUS**                                               **NO.: 21-2120**

**CANTRELL DAVIS, ET AL.**                               **SECTION: "E" (5)**

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation,[1] and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly;

**IT IS ORDERED** that the Defendant Michael Leone be **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to prosecute.[2]

**New Orleans, Louisiana, this 21st day of September, 2022.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 20.
[2] FED. R. CIV. PRO. 4(m); *see also Giovingo v. Gordon Biersch Brewery Restaurant*, 2022 WL 2467679 at *1 (E.D. La. 7/6/22).