United States District Court
Eastern District of Louisiana

Morgan Ratley                          Civil Action

versus                                 No. 21-2021

Cortrell Davis, et al.                 Section "E" (5)

                                       Judge Morgan

Brief In Support of Motion
To Compel Discovery

## Statement of the Case

This is a 1983 action filed by a state prisoner relating to
events which occurred while the plaintiff was a pretrial detainee
at the Lafourche Parish Correctional Complex seeking damages based
on the use of excessive force, inadequate training, inadequate super-
vision and inadequate investigation of complaints of excessive force.

## Statement of the Facts

On December 26, 2022, the plaintiff served a request for
production of documents pursuant to Rule 34, Fed. R. Civ. P. As set forth
in the plaintiff's declaration, the defendants failed to respond in 30 days in

1 of 3

either of the plaintiff's two discovery requests, and did not make any effort to obtain an extension from the court or by contacting the plaintiff. On January 30, 2023 the plaintiff requested a response and served a second discovery request on the defendants. On Febuary 14, 2023, having still received no response from the defendants and with the May 30, 2023 deadline for depositions and discovery from Judge Susie Morgan's Scheduling Order in mind, the plaintiff contacted defendants' counsel in writing to arrange a conference pursuant to Rule 10.1 Certificate of Conference, Louisiana District Rules.

Despite having had more than 30 days to respond to plaintiff's request for a conference, defendants' counsel has once again made no response to the plaintiff.

## Argument

### Point I
### Defendants Have Waived Their Objections By Their Failure to Respond Timely to the Request

The rules provide that responses and objections to requests for production of documents and other discovery requests are to be served within 30 days of the requests unless the court grants a shorter or longer time. Rule 34, Fed.R.Civ.P. The defendants, however, have not responded to the first request for production of documents after having 100 days or to the request for production of electronically stored information and documents after 49 days.

It is well ~~established~~ established in federal practice that discovery objections are waived if a party fails to object timely to interrogatories,

2 of 3

production requests, or other discovery efforts. Godsey v. United States, 133 F.R.D. 111, 113 (S.D. Miss. 1990); accord, Marin v. Nationwide Federal Credit Union, 229 F.R.D. 364, 368 (D. Conn. 2005); Safeco Ins. Co. of American v. Rawstrom, 183 F.R.D. 668, 670-73 (C.D. Cal. 1998); Demary v. Yamaha Motor Corp. 125 F.R.D 20, 22 (D. Mass. 1989) and cases cited. This waiver is enforced even if the objections are based on a claim of priviledge. Fonville v. District of Columbia, 230 F.R.D. 38, 42-43 (D.D.C. 2005); Fretz v. Kelner, 109 F.R.D. 303, 309 (D. Kansas 1986) and cases cited. The noncomplying party is excused from the waivers only if the discovery is "patently improper." Godsey v. United States, 133 F.R.D. at 113, or if it "far exceeds the bounds of fair discovery." Krewson v. City of Quincy, 120 F.R.D. 6, 7 (D. Mass. 1988); accord, U.S. ex rel. Burroughs v. Denardi Corp., 167 F.R.D. 680, 687 (S. Cal. 1996).

## Conclusion

For the foregoing reasons, the court should grant plaintiff's motion to compel discovery.

March 28, 2023

Morgan Ratley
Morgan Ratley DOC #773229
E.H.C.C.
P.O. Box 174
St. Gabriel, LA 70776

Certificate of Service
I hereby certify that a copy of this document has been served on all counsel of record by mailing it postage prepaid on this 28th day of March, 2023.
Morgan Ratley

3 of 3